MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTHEW AARON LLANEZA,<br><br>    Defendant. | No. 4-13-70148-MAG<br><br>STIPULATION REQUESTING CONTINUANCE OF HEARING, AND ORDER |

The parties respectfully stipulate as follows:

1.    At the initial appearance on February 8, 2013, the Court set a date of February 13, 2013, for a status hearing on the government's motion for detention.

2.    Government counsel has belatedly realized that he is scheduled to be out of the state on February 13 for an interview in another matter.  Accordingly, the government respectfully asks the Court to continue the status hearing to February 14, 2013, at 9:30 a.m.

3.    Defendant Matthew Aaron Llaneza stipulates to rescheduling the status hearing to February 14, 2013.

STIPULATION & ORDER
NO. 4-13-70148 DMR

1   IT IS SO STIPULATED.

2   DATED: February 11, 2013            /s/_____
                                        JEROME MATTHEWS
3                                       Attorney for Defendant Matthew Aaron Llaneza

4

5   DATED: February 11, 2013            /s/_____
                                        ANDREW P. CAPUTO
6                                       Assistant United States Attorney

## ORDER

Pursuant to stipulation and for good cause shown, the scheduled status hearing on the government's motion for detention is continued to February 14, 2013, at 9:30 a.m.

IT IS SO ORDERED.

DATED:  2/11/2013

DONNA M. RYU
United States Magistrate Judge

STIPULATION & ORDER
NO. 4-13-70148 DMR                      2