AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

--- OFFENSE CHARGED ---

18 U.S.C. § 2332a(a)(2)(B) -- Attempted Use of Weapon of Mass Destruction Against Property Used in Interstate Commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Imprisonment for up to life; supervised release for up to five years; fine of up to $250,000; special assessment of $100

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
MAR -7 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

--- DEFENDANT - U.S ---

▶ MATTHEW AARON LLANEZA

DISTRICT COURT NUMBER

CR13-00145 YGR

--- PROCEEDING ---

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.
4-13-70148 MAG

Name and Office of Person Furnishing Information on this form    Melinda Haag
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Drew Caputo

--- DEFENDANT ---

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
_____

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Federal ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:
_____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

FILED

MAR - 7 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CR13-00145 YGR

UNITED STATES OF AMERICA,

V.



MATTHEW AARON LLANEZA,

DEFENDANT(S).

---

# INDICTMENT

Title 18 U.S.C. § 2332a(a)(2)(B) - Attempted Use of Weapon of Mass Destruction Against Property Used in Interstate Commerce

A true bill.

_____
Foreman

Filed in open court this ___7___ day of March 2013

_____
Clerk

Bail, $ no process
3/7/13

MELINDA HAAG (CABN 132612)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED
MAR - 7 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MATTHEW AARON LLANEZA,<br><br>          Defendant. | No. CR13-00145 YGR<br><br>VIOLATION: Title 18, United States Code, Section 2332a(a)(2)(B) – Attempted Use of Weapon of Mass Destruction Against Property Used in Interstate Commerce<br><br>OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:          (18 U.S.C. § 2332a(a)(2)(B) – Attempted Use of Weapon of Mass Destruction Against Property Used in Interstate Commerce)

On or about February 8, 2013, in the Northern District of California, the defendant,

MATTHEW AARON LLANEZA,

without lawful authority, did knowingly attempt to use a weapon of mass destruction, specifically a destructive device or explosive bomb, against property used in an activity that affects interstate

//

//

INDICTMENT

and foreign commerce, in violation of Title 18, United States Code, Section 2332a(a)(2)(B).

DATED: 3-7-2013

A TRUE BILL.

_____
FOREPERSON

MELINDA HAAG
United States Attorney

_____
MIRANDA KANE
Chief, Criminal Division

(Approved as to form: _Andrew Caputo_ )
AUSA Caputo

INDICTMENT                                2