STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MATTHEW LLANEZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR 13 00145 YGR |
| ) | |
| Plaintiff,  ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| vs.  ) | |
| ) | |
| MATTHEW LLANEZA,  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

     Matthew Llaneza presently is in custody on a charge of attempted use of a weapon of mass destruction, 18 U.S.C. § 2332(a)(2)(B). The parties' first status conference took place on 11 April 2013. At that conference, defense counsel informed the Court that a large amount of discovery had been produced and that the defense needed to review it and conduct an extensive investigation, including numerous interviews of out-of-state witnesses. To date, defense counsel has been unable to begin the interview process. The government has produced a significant amount of additional discovery and is in the process of obtaining the necessary clearances to produce discovery that defense counsel has requested but not yet received.

     A status conference presently is scheduled for 16 May 2013. In light of the ongoing activities described in the previous paragraph, the parties believe that a status conference would

STIP AND ORD                                 1

1  be more productive in June than in May.  Accordingly, the parties respectfully recommend and
2  request that the Court continue the status conference to 27 June 2013.  Defense counsel will be
3  out of the office during the weeks of 3 June and 10 June 2013.  In addition, in light of the
4  defense's ongoing investigation and discovery review process, the parties agree that the time
5  between 16 May 2013 and 27 June 2013 should excluded under the Speedy Trial Act for
6  effective defense preparation as well as for continuity of defense counsel.  18 U.S.C.
7  §§ 3161(h)(7)(B)(iv).
8          SO STIPULATED.
9
10 Dated: 13 May 2013                              _____/s/_____
                                                   JEROME E. MATTHEWS
11                                                 Assistant Federal Public Defender
12
   Dated: 13 May 2013                              _____/s/_____
13                                                 ANDREW CAPUTO
                                                   Assistant United States Attorney
14
15
16         Good cause appearing therefor, IT IS ORDERED that this matter be continued to 27 June
17 2013 on the grounds set forth in the foregoing stipulation.  The status conference date of 16 May
18 2013 is VACATED.  For the reasons specified in the parties' stipulation, the time between 16
19 May 2013 and 27 June 2013 is excluded under the Speedy Trial Act for effective defense
20 preparation as well as continuity of defense counsel.  18 U.S.C. §§ 3161(h)(7)(B)(iv).  The Court
21 finds that the ends of justice served by excluding this time outweighs the best interest of the
22 public and the defendant in a speedy trial. Section 3161(h)(7)(A).
23
24 Dated: May 14, 2013                             YVONNE GONZALEZ ROGERS
25                                                 United States District Judge
26