STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MATTHEW LLANEZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 13 00145 YGR |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | ) ) | AND SETTING MATTER FOR CHANGE OF PLEA |
| MATTHEW LLANEZA, | ) ) | |
| Defendant. | ) ) | |

    Matthew Llaneza presently is in custody on a charge of attempted use of a weapon of mass destruction, 18 U.S.C. § 2332a(a)(2)(B). This matter presently is set for a further status conference on 19 September 2013. The parties are negotiating the final aspects of a settlement in this case and anticipate that Mr Llaneza will change his plea at the next calling of the case. Accordingly, the parties respectfully recommend and request that the Court continue this matter to 10 October 2013 for change of plea. Given the need for the defense counsel to ensure the proposed settlement is consistent with the matters identified during its investigation and the discovery review process, and the need to thoroughly review the terms of the proposed plea agreement with the defendant, the parties agree that the time between 19 September 2013 and 10 October 2013 should excluded under the Speedy Trial Act for effective defense preparation. 18

U.S.C. §§ 3161(h)(7)(B)(iv).  This is the parties' third stipulated request for a continuance.

SO STIPULATED.

/s/

Dated: 18 September 2013  _____
JEROME E. MATTHEWS
Assistant Federal Public Defender

/s/

Dated: 18 September 2013  _____
ANDREW CAPUTO
Assistant United States Attorney

Good cause appearing therefor, IT IS ORDERED that this matter be continued to October 10, 2013 at 2:00pm for change of plea.  The status conference date of 19 September 2013 is VACATED.  For the reasons specified in the parties' stipulation, the time between 19 September 2013 and 10 October 2013 is excluded under the Speedy Trial Act for effective defense preparation.  18 U.S.C. §§ 3161(h)(7)(B)(iv).  The Court finds that the ends of justice served by excluding this time outweighs the best interest of the public and the defendant in a speedy trial. Section 3161(h)(7)(A).

Dated: September 18, 2013  _____
YVONNE GONZALEZ ROGERS
United States District Judge