STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MATTHEW LLANEZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-13 00145 YGR |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF FEDERAL PUBLIC** |
| | ) | **DEFENDER INVESTIGATOR FRANK** |
| vs. | ) | **TAMBURELLO** |
| | ) | |
| MATTHEW LLANEZA, | ) | **Date:  27 February 2014** |
| | ) | **Time: 2:00 p.m.** |
| Defendant. | ) | |
| | ) | |

I, Frank Tamburello, declare:

1. I am a Federal Public Defender Investigator and I am the assigned Investigator for this case. I personally conducted the interviews summarized in this declaration, and could testify under oath as to the accuracy of the summaries if called as a witness.

2. On August 18, 2013, Assistant Federal Public Defender Jerome Matthews and I interviewed Dora Tune and Jeff Tune at their home in Mesa, Arizona. Dora Tune is Matthew Llaneza's biological mother. Jeff Tune is Dora Tune's husband and Matthew's stepfather.

3. Dora Tune met Steve Llaneza in 1983, but the couple never married. She gave birth to Matthew when she was twenty years old. Ms Tune and Steve Llaneza separated and Ms Tune

TAMBURELLO DECL                                        1

and Matthew moved back to Arizona to live with her parents, Art and Lollie Gonzalez.

4. Although his birth was normal, Matthew exhibited strange behavior at an early age. Matthew's kindergarten teacher reported that he could not sit still and would be better off repeating kindergarten. When Matthew was in fourth grade, he began to complain that his head "felt funny." Jeff Tune, who met Dora in 1994, also felt that Matthew behaved strangely. Both Dora and Jeff felt that Matthew's odd behavior alienated him from his peers and created a strong desire to be accepted.

5. The Tunes reported that Matthew often would inexplicably fixate on unremarkable things or events. For example, Matthew noticed a tattered American flag flying on a shopping center flagpole. Unbeknownst to them, Matthew walked four miles to the shopping center, shimmied up the flagpole, and brought the tattered flag home. He explained that the flag was tattered and should not be flying in that condition.

6. Jeff Tune noted that Matthew had no mechanical aptitude or dexterity. He recalled an instance where Matthew became frustrated trying to drill a hole, not realizing that the drill was running in reverse, and unable to recognize the problem on his own.

7. Jeff Tune is a member of the local shooting range and demonstrated to Matthew the safe operation of firearms. Matthew, however, was an inept marksman. Jeff confirmed that Matthew initially failed to qualify for an Arizona concealed weapons permit because he could not hit a target at a distance of fifteen yards. Matthew later qualified for and obtained a concealed weapons permit, but only because the range instructor generously interpreted Matthew's shot – which barely hit the fringe of the target – as a qualifying one.

8. On August 19, 2013, AFPD Matthews and I interviewed Arturo ("Art") and Lollie Gonzalez, Matthew's maternal grandparents, at their home in Mesa, Arizona. They stated that they raised Matthew beginning shortly after he was born and up until he reached twelve years of age. They noted that until Matthew was two years old, he thought the they were his parents and that his mother, Dora, was his sister.

TAMBURELLO DECL                                   2

9. Matthew had difficulty in school, beginning in kindergarten. Lollie Gonzalez tutored Matthew hoping that her assistance would help him get through school.

10. Matthew continued to have difficulty focusing on or performing tasks as he grew older. Art Gonzalez noted that Matthew often appeared to be "in another world," and became increasingly concerned about Matthew's mental health. For example, Art tried to teach Matthew how to do basic electrical repairs. Although Matthew would observe the process, he appeared to be distant and wouldn't remember how to perform the repair.

11. Art also stated that Matthew had an unrealistic perception of his ability to defend himself. According to Art, Matthew "couldn't beat his way out of a paper bag." Art recalled an occasion where a person came to Matthew's home, took Matthew's gun, and beat Matthew severely enough to require a hospital visit.

12. On July 9, 2013, AFPD Matthews and I interviewed Steve Llaneza, Matthew's biological father, at his home in San Jose, California. Steve Llaneza was quite young when Matthew was born, and his relationship with Dora Tune was short-lived.

13. Steve Llaneza reported that Matthew had always exhibited strange behavior. For example, Matthew would become extremely excited about normal events. If he and Matthew planned a trip to an amusement park, Matthew could not restrain himself and would become almost uncontrollably excited. Matthew also would exhibit extreme paranoia. For example, if Steve Llaneza had planned a fishing trip, Matthew would constantly proclaim his fear of drowning or some other catastrophic event. If Matthew heard a helicopter flying overhead, he would curl up into the fetal position. This eventually escalated to the point that Matthew almost became fearful of Steve Llaneza.

14. Although Matthew continued to exhibit bizarre behavior well into his teenage years, Steve Llaneza stated that Matthew never displayed any violent tendencies.

15. Steve Llaneza also observed that Matthew was mechanically dysfunctional. He recalled trying to teach Matthew how to fix a bicycle and how to change a bicycle tire for the

TAMBURELLO DECL                    3

better part of a year before finally giving up – whatever he taught Matthew was almost instantly forgotten.

16. On July 30, 2013, I interviewed Dr Farhan Matin. At Dr Matin's direction, a psychological evaluation was performed on Matthew Llaneza to determine his cognitive strengths and weaknesses, his capacity for violence, and any indications of malingering. Dr Matin's treatment of Matthew included diagnosis, symptom identification, and medication management.

17. Dr Matin considered Matthew to be very sick; at no time did he believe Matthew to be malingering. He did not think that Matthew would respond to therapy as therapy required a higher degree of mental functioning in order to be successful.

18. Dr Matin stated that risk assessment was a routine component of psychiatric treatment. Had Matthew uttered a threat towards others or tried to harm himself, Dr Matin was required to report the occurrence.

19. Dr Matin eventually learned that Matthew was being monitored by the FBI, although he didn't know why. Dr Matin was surprised to learn that Matthew had been arrested for participating in a bombing plot because he never discerned in Matthew any behavioral indications or other red flags suggesting a propensity for violence.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 21st day of February, 2014, at Oakland, California.

FRANK TAMBURELLO
Federal Public Defender Investigator

TAMBURELLO DECL                                    4