**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12ᵀᴴ STREET
SUITE 650
OAKLAND, CA 94607

**STEVEN G. KALAR**
*Federal Public Defender*
**JEROME E. MATTHEWS**
*Assistant Federal Public Defender*

Phone: (510) 637-3500
Facsimile: (510) 637-3507

25 February 2014

The Honorable Yvonne Gonzalez Rogers
United States District Judge
1301 Clay Street
Courtroom 5
Oakland, CA 94612

      Re:   *United States v. Matthew Llaneza*
            CR 13 00145 YGR

Dear Judge Rogers:

      This morning I received the attached letters from Steven Llaneza and Dora Tune, Matthew Llaneza's father and mother. Please incorporate them into the sentencing memorandum.

      Please let me know if the Court desires any further information.

                    Sincerely,

                    STEVEN G. KALAR
                    Federal Public Defender

                    /s/
                    JEROME E. MATTHEWS
                    Assistant Federal Public Defender

cc:    AUSA Andrew Caputo

To the Honorable Yvonne Gonzalez Rogers,

I would like to apologize to you, and especially to Mathew for not being present for his sentencing. My husband and I love Matthew very much, and wish to show our support towards him. I am writing this letter to you as a testimonial towards his genuinely good core character, and want to emphasize it is very difficult to summarize his life, in paragraph of two. Beginning as a young child, I noticed he was very different from the other children he was around. He was very loving and caring, and had a voracious appetite for learning . Since he was different, he became a target by the some of the other children,and was picked on,on a regular basis. I would change his school and the results were the same. During this time Matthew would take the abuse,but he never retaliate and was very passive. As he grew up he became susceptible to others ideas, good or bad. He would be argumentative in conversation only, and would never show any physical violence or any physically threatening behavior. As an example, after an argument, he would storm out of the house when tensions were high. He would return in an hours time and he would be happy and content, as if the event never happened. Looking back on this, we believe this was one of the signs of his mental illness. We did not have the knowledge or the expertise to detect this illness, and thought and prayed this was a stage that he would grow out of. He loves animals,especially dogs,and our family dog has become his best friend, and he always inquires about him. He had relationships that he showed his compassion, love and caring toward young women, but the relationships would end because of some external force,whether it be the young ladies' unapproving parents, or the realization of not keeping a job because of his lack of ability to focus on fundamental day to day activities. Matthew seemed to be a victim, but we tried to give him the tools and education to be successful and meaningful towards life in general. He tried his hardest, but he would always lose focus and, as almost a different personality he had, would change his direction, usually for the worst.

          The conduct he pleaded guilty to is very out of character for him, and we never ever would have thought he would  come up with an idea like he has been accused of. We believe,someone would have to of put this idea in his head for him to follow through with such a lack of judgment, which he seems not capable of making by himself .Regardless of his situation,we and his grandparents still love him very much and have forgiven him,and we all will be ready to support him in whatever manner is necessary upon his release. We beg of you to please be merciful and lenient in his sentencing and help him with his illness to return him to one day be a positive, productive member of our family and society.

Sincerely Dora and Jeff Tune.

To whom it may concern,

My name is Steve Llaneza, father of Matthew Llaneza.

Matthew has struggled with mental illness his entire life.  While he was growing up he had a difficult time with his mental illness.  It was hard for him to fit in, make friends in school, and he would have fear of little things like traveling across town with me.  His mental illness had become serious and it became very difficult for him to fit in as an adult as he still seems to have a mind of a child.

He is not a violent person, even with adversity and physical attack on his person he would not fight back, I have not seen him display violent tendencies.  He was always looking for people to be friends with and somewhere he could fit in.  We are praying he will get the mental health help he needs.   His family cares about his mental health and wellbeing and are here for his support.  Both his family in California and Arizona will do everything they can to support him when he is released.

Thank you for your consideration,

Steve Llaneza