DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    Email: robert.leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 13-145 YGR |
| Plaintiff, | ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL EXHIBITS A, B, C, AND D TO DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i) AND [PROPOSED] ORDER |
| v. | |
| MATTHEW AARON LLANEZA, | |
| Defendant. | |

## NOTICE OF MOTION AND ADMINISTRATIVE MOTION

Pursuant to Local Rule of Criminal Procedure 56-1, the United States respectfully moves for an order sealing the following documents:

| 1 | EXHIBITS A, B, C, AND D TO DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i) |
|---|---|

Sealing Exhibits A, B, and C is appropriate because they are detailed medical records of the defendant. Sealing Exhibit D is appropriate because it is Probation's Presentence Investigation Report, which is not public.

U.S.' ADMIN. MOT. & [PROPOSED] ORDER
CASE NO. CR 13-145 YGR         1

For these reasons, the government submits there is good cause to grant sealing.

DATED: August 17, 2020                                      Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s Robert S. Leach*

_____
ROBERT S. LEACH
Assistant United States Attorney

## [PROPOSED] ORDER

The Court, having considered the government's Administrative Motion to Seal Exhibits A, B, C, and D to Declaration of AUSA Robert S. Leach in Support Of United States' Opposition to Defendant's Motion To Reduce Sentence Pursuant To 18 U.S.C. § 3582(C)(1)(A)(I) and [Proposed] Order, hereby GRANTS the motion and ORDERS that the following documents shall be filed under seal:

| 1 | EXHIBITS A, B, C, AND D TO DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i) |

IT IS SO ORDERED.

Dated:  August 27, 2020

_____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE